JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DAVINI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; HENRY E. HUNTINGTON LIBRARY AND ART GALLERY GROUP LONG TERM DISABILITY INSURANCE PLAN,<br><br>　　　　Defendants.<br>_____ | Case No. CV 09-6927 JST (RZx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: November 23, 2010　　　　　　**JOSEPHIE STATON TUCKER**
　　　　　　　　　　　　　　　　　　　JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1